**Ignacio MORFIN–BERNABE;
et al., Petitioners,**

**v.**

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

**No. 07–72104.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 21, 2010.

Ignacio Morfin–Bernabe, San Jose, CA, pro se.

Alicia Perez–Lopez, San Jose, CA, pro se.

Stacy Stiffel Paddack, Lisa Marie Arnold, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

**MEMORANDUM \*\***

Ignacio Morfin–Bernabe and Alicia Per-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ez–Lopez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings based on ineffective assistance of counsel. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen and review de novo due process claims. *Reyes v. Ashcroft,* 358 F.3d 592, 595 (9th Cir.2004). We deny in part and dismiss in part the petition for review.

■ We agree with the BIA's determination that petitioners failed to comply with the requirements in *Matter of Lozada,* 19 I. & N. Dec. 637 (BIA 1988), and did not establish that former counsel's performance violated due process. *See id.* at 596. The BIA did not abuse its discretion in denying petitioners' motion to reopen.

■ We lack jurisdiction to review the BIA's decision not to exercise its sua sponte power. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002).

■ Petitioners' contention that the BIA failed to consider the evidence newly submitted with their motion is not supported by the record.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**